JOHN S. BERG and another *vs.* A. J. STANHOPE and another.

April 24, 1890.

**Complaint against Two Defendants on Several Contracts.**—A complaint which alleges no joint contract or promise by the defendants, but alleges the several contract or promise of each of two defendants, improperly unites several causes of action. Following *Trowbridge* v. *Forepaugh,* 14 Minn. 100, (133.)

Appeal by defendant Isaac Patterson from an order of the district court for Isanti county, *Hicks,* J., presiding, overruling his separate demurrer to the complaint.

*J. A. Ross* and *J. L. Dobbin,* for appellant.

*H. F. Barker,* for respondents.

GILFILLAN, C. J.[1] Appeal from an order overruling a demurrer to the complaint. One ground of demurrer was that several causes of

[1] Mitchell, J., was absent, and took no part in this decision.

action are improperly united. The complaint contains three counts, all alike so far as obnoxious to the above ground of demurrer. Each alleges a request by defendant Stanhope to do certain work, and a promise by him to pay for it, and a separate promise by defendant Patterson to pay for the same work. No joint employment or promise is alleged. In other words, a separate cause of action against each defendant, but no joint cause of action against both, is alleged.

The case comes within the decision in *Trowbridge* v. *Forepaugh*, 14 Minn. 100, (133,) in which it was held that the statute forbids the joinder of causes of action which do not affect all the parties. The liability of each defendant depends on the contract or promise of himself, to which the other was not a party, and by which he was not affected.

Order reversed.